**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TRILOGY REHAB SERVICES, LLC,**

    **Plaintiff,**

v.                                                                       Case No.  8:12-cv-705-T-30AEP

**MOBILE MEDICAL INDUSTRIES, INC ,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Plaintiff Trilogy Rehab Services, LLC's Motion for Default Judgment against Defendant Mobile Medical Industries, Inc. (Dkt. #7). As Defendant Mobile Industries, Inc. failed to file a responsive pleading in this case, the Clerk entered a default against Defendant on May 22, 2012 (Dkt. #6).  Since the Clerk's entry of default, Defendant has failed to respond, or otherwise appear in this action.

    After careful consideration of the Motion for Default Judgment, the affidavit filed in support of the motion, the documentation of the record, and in taking the allegations of the Complaint as admitted, the Court concludes that a default judgment should be entered against Defendant pursuant to Federal Rule of Civil Procedure 55(b)(2).  The Court concludes that Plaintiff is entitled to recover $76,401.00 for services Plaintiff provided to Defendant, an additional $2,223.12 as accrued interest, and $4,906.13 for costs and attorney's fees, pursuant to the parties' contract for services.

    It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff Trilogy Rehab Services, LLC's Motion for Default Judgment against Defendant Mobile Medical Industries, Inc. (Dkt. #7) is hereby **GRANTED**.

2. The Clerk is directed to enter final judgment in the amount of $83,530.25, in favor of Plaintiff Trilogy Rehab Services, LLC, and against Defendant Mobile Medical Industries, Inc.

3. The Clerk is directed to terminate any pending motions as moot, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 16, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-705.mfd.7.frm